FILED  
United States Court of Appeals  
Tenth Circuit  

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

January 14, 2014

Elisabeth A. Shumaker  
Clerk of Court

_____

In re:  MIKEAL GLENN STINE,

      Petitioner.

No. 14-1002  
(D.C. No. 1:13-CV-03107-BNB)

_____

**ORDER**

_____

Petitioner's motion to dismiss is granted.  *See* 10th Cir. R. 27.3(A)(9) and 10th Cir. R. 42.1.

Entered for the Court

ELISABETH A. SHUMAKER, Clerk